

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00212-CV

| | | |
|---|---|---|
| Nortex Foundation Designs, Inc. | § | From the 211th District Court |
| v. | § | of Denton County (2009-30240-211) |
| | § | July 11, 2013 |
| Douglas H. Ream and Karen S. Ream | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant Nortex Foundation Designs, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Ann Dauphinot